THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY and THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>GARAGE PLUS STORAGE AVIATION, LLC, a Washington LLC; DANNY SIMON, an individual; MARLENE PERDUE, individually, and as Personal Representative of the Estate of JEREMY SIMON, MOUNTAIN CREST HOMES LLC, a Washington LLC; ALAN E. RAINWATER, individually and as Personal Representative for the Estate of SUSAN M. RAINWATER, and LEAH MARIE MILLER, an individual,<br><br>Defendant. | No.: 3:21-cv-05579-BHS<br><br>NOTICE OF DISMISSAL OF DEFENDANT MARLENE PERDUE WITHOUT PREJUDICE |

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiffs Ohio Security Insurance Company and The Ohio Casualty Insurance Company hereby dismiss Defendant Marlene Perdue, both individually and in her capacity as Personal Representative of the Estate of Jeremy Simon, from this action without prejudice. All other claims against all other Defendants remain unchanged.

NOTICE OF DISMISSAL OF DEFENDANT MARLENE PERDUE WITHOUT PREJUDICE
NO.: 3:21-CV-05579

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

| | |
|---|---|
| 1 | Dated February 17, 2022 |
| 2 | BULLIVANT HOUSER BAILEY PC |

By */s/ Jared F. Kiess*
   Michael A. Guadagno, WSBA #34633
   E-mail: michael.guadagno@bullivant.com
   Jared F. Kiess, WSBA #54532
   E-mail: jared.kiess@bullivant.com

Attorneys for Plaintiffs Ohio Security Insurance Company and the Ohio Casualty Insurance Company

4860-9311-7967.1

NOTICE OF DISMISSAL OF DEFENDANT MARLENE PERDUE WITHOUT PREJUDICE
NO.: 3:21-CV-05579

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

| | |
|---|---|
| Darrell L. Cochran<br>Kevin M. Hastings<br>Christopher E. Love<br>Alexander G. Dietz<br>PFAU COCHRAN VERTETIS AMALA PLLC<br>909 A Street, Suite 700<br>Tacoma, WA 98402-4413<br>darrell@pcvalaw.com<br>kevin@pcvalaw.com<br>chris@pcvalaw.com<br>adietz@pcvalaw.com<br><br>*Attorneys for Defendant Alan E. Rainwater, individually and in his capacity as personal representative for the Estate of Susan Rainwater, Danny Simon, Garage Plus Storage Aviation, LLC and Mountain Crest Homes, LLC,* | ☐ via hand delivery.<br>☐ via first class mail.<br>☐ via email<br>☒ CM/ECF E-service |
| Salvador A. Mungia<br>Robert C. Wilke<br>GORDON THOMAS HONEYWELL LLP<br>1201 Pacific Avenue, Suite 2100<br>Tacoma, WA 98402<br>smungia@gth-law.com<br>rwilke@gth-law.com<br><br>*Attorneys for Defendant Leah Miller* | ☐ via hand delivery.<br>☐ via first class mail.<br>☐ via email<br>☒ CM/ECF E-service |

Dated: February 17, 2022.

*/s/ Kristin Anderson*
Kristin Anderson, Legal Assistant

NOTICE OF DISMISSAL OF DEFENDANT MARLENE PERDUE WITHOUT PREJUDICE
NO.: 3:21-CV-05579

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930