# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY, et al., <br><br> Plaintiff, <br><br> v. <br><br> GARAGE PLUS STORAGE AVIATION LLC, et al., <br><br> Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. 3:21-cv-05579-BHS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court does hereby find and ORDER as follows:

Motion to Dismiss Counter Claimant Rainwater's bad faith counterclaims is GRANTED, and those claims are DISMISSED with prejudice and without leave to amend.

Dated this 27th day of September 2022.

Ravi Subramanian  
Clerk

*s/Ann Duke*  
Deputy Clerk
